# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTALEAN MCKIE, <br> **Plaintiff,** <br> <br> v. <br> <br> PHILADELPHIA CI AND FBI <br> INFORMANTS, *et al.*, <br> **Defendants.** | **CIVIL ACTION NO. 18-CV-1805** |

## ORDER

AND NOW, this 22nd day of June, 2018, upon consideration of Plaintiff Crystalean McKie's Motion to Proceed *In Forma Pauperis* (ECF No. 7) and her *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**

2. The Complaint is **DISMISSED** for the reasons stated in the Court's Memorandum. \

3. McKie is given leave to file an amended complaint within thirty (30) days of the date of this Order. If McKie files an amended complaint, she must identify all of the defendants in the caption of the amended complaint. Any individual or entity that is not listed in the caption will not be treated as a defendant. If McKie wishes to name individuals for whom she does not have any identifying information, she may refer to those individuals as John Doe #1, John Doe #2, etc. The amended complaint must also describe how each defendant, including any John Doe or Jane Doe defendants, were responsible for violating McKie's rights. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

4. The Clerk of Court shall **SEND** McKie a blank copy of the Court's form complaint for a non-prisoner filing a civil action bearing the civil action number for this case. McKie may use this form to file an amended complaint if she decides to do so.

5. If McKie fails to file an Amended Complaint, her case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

_____
**C. DARNELL JONES, II, J.**